IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
RUBY CHANCY, as personal      )
representative of the         )
estate of James L. Chancy,    )
deceased,                     )
                              )
    Plaintiff,                )
                              )      CIVIL ACTION NO.
    v.                        )        1:13cv604-MHT
                              )           (WO)
UNITED STATES OF AMERICA,     )
                              )
    Defendant.                )
```

JUDGMENT

By agreement of the parties made on the record on September 30, 2013, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States of America is substituted as the defendant in this case.

(2) The defendant's motion to dismiss (doc. no. 4) is granted.

(3) This lawsuit is dismissed without prejudice.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 1st day of October, 2013.

                                     /s/ Myron H. Thompson  
                                  UNITED STATES DISTRICT JUDGE